

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable C. H. Cavness
State Auditor
Austin 11, Texas

Dear Mr. Cavness:

Opinion No. O-7389
Re: Whether or not the Texas Prison System Auditor is legally required to countersign warrants, checks and vouchers on the Special Local Funds and Commissary Funds, and any and all funds of or belonging to the Prison System as well as those drawn from legislative appropriations.

We are in receipt of your letter requesting an opinion from this department upon the above captioned subject matter.

Article 6166l reads as follows:

"The manager shall keep, or cause to be kept, correct and accurate accounts of each and every financial transaction of the Prison System including all receipts and disbursements of every character. He shall receive and receipt for all money paid to him from every source whatsoever, and shall sign all warrants authorizing any disbursement of any sum or sums on account of the prison system, and no money shall be paid out on any account of the prison system except on a warrant signed by him and countersigned by the auditor of the prison system. He shall keep full and correct accounts with each Industry, department and farm of the prison system, and with all persons, firms, or corporations having financial transactions with the prison system. He shall have power to require all necessary reports from any department, officers or employees of the prison system at stated intervals."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

The plain, unambiguous language of this Article compels an affirmative answer to your question. This conclusion is accentuated by a consideration of Article 6166q creating the office of Auditor for the Prison System -- last sentence -- saying, "It shall be the duty of such Auditor to audit all vouchers and accounts for payment out of appropriations made for the support of the Prison System."

Reading these two Articles together, it is plain the Legislature intended such Auditor to sign all vouchers for all payments on account of the Prison System, whether payment is to be made from legislative appropriations, or other available funds of the System whatsoever.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By                    /Signed/
                      Ocie Speer
                      ASSISTANT

OS-MR - bw

APPROVED SEP 23, 1946
/s/ Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION COMMITTE
BY /s/ B. W. B.
        CHAIRMAN